Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC., <br><br> *Plaintiff* <br><br> v. <br><br> WWW.HAPPY-TOYS.SHOP; <br> WWW.MATTELBRANDS.TOP; <br> WWW.MATTELTOYS.SHOP; <br> WWW.MATTELTOYSMALL.SHOP; <br> WWW.MATTEL-ONLINE.SHOP; WWW.MATTEL-OUTLET.SHOP; and WWW.MATTEL-TOYS.TOP, <br><br> *Defendants.* | **21-cv-06650-VSB** <br><br> **UNSEALING ORDER** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 8/26/2021 |

WHEREAS the Court orders that this action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 26th day of August, 2021, at 4:00 p.m.
New York, New York

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

1