UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
MATTEL, INC.,                                              :
                                                           :
                        Plaintiff,                         :
                                                           :       21-cv-6650 (VSB)
            -against-                                      :
                                                           :           ORDER
WWW.HAPPY-TOYS.SHOP et al.,                                :
                                                           :
                        Defendants.                        :
                                                           :
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Plaintiff Mattel, Inc. commenced this action against seven Defendants for trademark infringement on August 6, 2021. On August 26, 2021 this Court granted Plaintiff's application for preliminary injunction after Defendants failed to appear. (Doc. 5.) On October 5, Plaintiff filed certificate of service stating that service was made on Defendants through emails on August 17. To date, Defendant has not appeared or responded to the complaint. Plaintiff has taken no action to prosecute this case, either. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 10, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 27, 2021
   New York, New York

                    *Vernon Broderick* (signature)
                    Vernon S. Broderick
                    United States District Judge