UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
MATTEL, INC.,                                           :
                                                        :
                                    Plaintiff,          :
                                                        :                21-CV-6650 (VSB)
                    -v-                                 :
                                                        :                ORDER
WWW.HAPPY-TOYS.SHOP et al.,                             :
                                                        :
                                    Defendants.         :
                                                        :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

By this Court's order dated October 27, 2021, (Doc. 18), Plaintiff had until November 10 to seek default judgment against Defendants. To this date, Plaintiff has not taken any actions; nor has any Defendant appeared. Therefore, it is hereby ORDERED that Plaintiff shall seek default judgement or otherwise explain to this Court whatever action it intends to take next in this action by December 20, 2022. If I do not hear from Plaintiff by that time, the case shall be dismissed under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: December 6, 2021
        New York, New York

_____
Vernon S. Broderick
United States District Judge

1